UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
October 29, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:08-mj-381 KJM |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| Raymond Mao, ) | |
| Defendant. ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  Raymond Mao  Case 2:08-mj-381 KJM  from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __  Release on Personal Recognizance

    __  Bail Posted in the Sum of _____

    X  Unsecured bond in the amount of $100,000, co-signed by defendant's sister.

    __  Appearance Bond with 10% Deposit

    __  Appearance Bond secured by Real Property

    __  Corporate Surety Bail Bond

    X  (Other) Probation conditions/supervision; surrender passport; travel restrictions

Issued at  Sacramento, CA  on 10/29/08  at  4:22 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge