Olaf W. Hedberg, SBN #151082
Olaf W. Hedberg, Attorney at Law
1107 9th St. Suite 850
Sacramento, CA 95814
(916) 447-1192
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> RAYMOND MAO, and ) <br> ELISA CHING ) <br> ) <br> Defendants. ) <br> ) | No. 2:08-cr-00531- MCE <br><br> STIPULATION AND ORDER. <br><br> Date: 1/15/09 <br> Time: 9 a.m. <br> Judge: Hon Morrison C. England |

     IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Robin R. Taylor, Assistant Untied States Attorney, attorney for Plaintiff, Olaf Hedberg, attorney for defendant Elisa Ching and Jay Greiner attorney for Raymond Mao that the status conference now scheduled for January 15, 2009 be vacated and a new date of March 5, 2009 be set for status. The parties have been negotiating the terms of a proposed plea agreement. It is felt that further negotiation will result in a disposition in this matter.

///

///

It is further stipulated and agreed between the parties that the period beginning January 15, 2009 and ending March 5, 2009, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for the purpose of the Speedy Trial Act for defense preparation. The defense has been engaged in ongoing legal research and investigation. Further, the parties are in the process of exploring settlement in the matter at bar. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Respectfully submitted,
Dated this January 13, 2009
By /s/ Olaf Hedberg
Olaf W. Hedberg, Attorney at Law
Attorney for Elisa Ching

Dated this January 13, 2009
Lawrence G. Brown
United States Attorney
/s/ Olaf Hedberg for Robin R. Taylor
Robin R. Taylor
Assistant U.S. Attorney

Dated this January 13, 2009
By /s/ Olaf Hedberg for Jay Greiner
Jay Greiner, Esq.
Attorney for Raymond Mao

ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the January 15, 2009 status conference be continued to March 5, 2009 at 9 a.m.. I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and a reasonable time for preparation exceeds the public interest in a trial within 70 days. THEREFORE IT IS FURTHER ORDERED that the time be excluded pursuant to 18 U.S.C. sec. 3161(h)(8)(B)(iv) and local code T4 from the date of this order.

IT IS SO ORDERED.

Dated: January 13, 2009

**MORRISON C. ENGLAND, JR.**
**UNITED STATES DISTRICT JUDGE**