JERRY L. CHONG (SBN 68757)
ALICE W. WONG (SBN 160141)
LAW OFFICES OF JERRY L. CHONG & ALICE W. WONG
501 S STREET, SUITE TWO
SACRAMENTO, CA 95811
TELEPHONE: (916) 443-7398
FACSIMILE: (916) 443-8941

Attorneys for Defendant
RAYMOND MAO

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff<br><br>  v.<br><br>RAYMOND MAO, and<br>ELISA CHING<br>               Defendants | No. 2:08-cr-00531-MCE<br><br>STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE<br><br>Hon. Morrison C. England Jr. |

The parties request that the status conference currently set for May 7, 2009, be continued to June 25, 2009 at 2:00 pm in Courtroom 7 and stipulate that the time beginning May 7, 2009 and extending through June 25, 2009 be excluded from the calculation of time under the Speedy Trial Act. The parties submit that the ends of justice are served by the Court excluding such time so that the counsel for each party may have reasonable time necessary for effective preparation taking into account the exercise of due diligence. 18 USC § 3161(h)(8)(B)(iv).

08cr00531.so.0505.doc

- 1 -

In particular, counsel for both parties need more time to consider information that may be relevant to their case and sentencing and to negotiate an appropriate disposition. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial. 18 USC § 3161(h)(8)(A)

                                                Respectfully Submitted

                                                McGregor W. Scott
                                                United States Attorney

Dated:    May 1, 2009                         By: /s/ Robin Taylor
                                                Robin Taylor
                                                Assistant U.S. Attorney


Dated:    May 1, 2009                         By /s/ Jerry L. Chong
                                                Jerry L. Chong Attorney for
                                             r    Defendant Raymond Mao


Dated:    May 1, 2009                         By /s/ Alexander Chen
                                                Alexander Chen Attorney for
                                                Defendant Elisa Ching

08cr00531.so.0505.doc

## ORDER

The status conference in Case Number CR No. 2: 08-CR-00531-MCE currently set for May 7, 2009, is continued to June 25, 2009 at 2:00 pm in Courtroom 7. The time beginning May 7, 2009 and extending through June 25, 2009 is excluded from the calculation of time under the Speedy Trial Act. The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 USA § 3161(h)(8)(A)

IT IS SO ORDERED.

DATED: May 5, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

08cr00531.so.0505.doc