JERRY L. CHONG (SBN 68757)
ALICE W. WONG (SBN 160141)
LAW OFFICES OF JERRY L. CHONG & ALICE W. WONG
501 S STREET, SUITE TWO
SACRAMENTO, CA 95811
TELEPHONE: (916) 443-7398
FACSIMILE: (916) 443-8941

Attorneys for Defendant
RAYMOND MAO

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff<br><br>v.<br><br>RAYMOND MAO, and<br>ELISA CHING<br>　　　　　　Defendants | CR. No. 2: 08-CR-00531-MCE<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME<br><br>Hon. Morrison C. England Jr. |

The parties request that the status conference currently set for June 22, 2009, be continued to August 13, 2009 at 2:00 pm in Courtroom 7 and stipulate that the time beginning June 22, 2009 and extending through August 13, 2009 be excluded from the calculation of time under the Speedy Trial Act. The parties submit that the ends of justice are served by the Court excluding such time so that the counsel for each party may have reasonable time necessary for investigation and effective preparation taking into account the exercise of due diligence. 18 USC § 3161(h)(8)(B)(iv).

In particular, counsel for both parties require more time to consider and investigate information that may be relevant to their case and sentencing and to negotiate an appropriate disposition. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial. 18 USC § 3161(h)(8)(A)

Respectfully Submitted

Benjamin Wagner
United States Attorney

Dated: June 22, 2009 By: /s/ Robin Taylor
    Robin Taylor
    Assistant U.S. Attorney

Dated: June 22, 2009 By /s/ Jerry L. Chong
    Jerry L. Chong Attorney for
r    Defendant Raymond Mao

Dated: June 22, 2009 By /s/ Alexander Chen
    Alexander Chen Attorney for
    Defendant Elisa Ching

C:\iFolder\mengland\Home\TO DOCKET CRIMINAL\08cr00531.so.0625.doc
- 2 -

# **ORDER**

The status conference in Case Number CR No. 2: 08-CR-00531-MCE currently set for June 25, 2009 at 2:00 pm in Courtroom 7 is hereby continued to August 13, 2009 at 2:00 pm in Courtroom 7. . The time beginning June 25, 2009 and extending through August 13, 2009 is excluded from the calculation of time under the Speedy Trial Act. The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

18 USA § 3161(h)(8)(A)

I**T IS SO ORDERED.**

**DATED**: June 25, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE