JERRY L. CHONG (SBN 68757)
ALICE W. WONG (SBN 160141)
LAW OFFICES OF JERRY L. CHONG & ALICE W. WONG
501 S STREET, SUITE TWO
SACRAMENTO, CA 95811
TELEPHONE: (916) 443-7398
FACSIMILE: (916) 443-8941

Attorney for Defendant
RAYMOND MAO

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff<br><br>　v.<br><br>RAYMOND MAO, and<br>ELISA CHING<br>　　　　　Defendants | CR. No. 2: 08-CR-00531-MCE<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE<br><br>Hon. Morrison C. England Jr. |

The parties request that the status conference currently set for August 13, 2009, be continued to September 17, 2009 at 9:00am in Courtroom 7 and stipulate that the time beginning August 13, 2009 and extending through September 17, 2009 be excluded from the calculation of time under the Speedy Trial Act. The parties submit that the ends of justice are served by the Court excluding such time so that the counsel for each party may have reasonable time necessary for effective preparation taking into account the exercise of due diligence. 18 USC § 3161(h)(8)(B)(iv).

In particular, counsel for both parties need more time to consider information that may be relevant to their case and sentencing and to negotiate an appropriate disposition. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial. 18 USC § 3161(h)(8)(A)

Respectfully Submitted

United States Attorney

Dated: August 10, 2009     By: /s/ Robin Taylor
    Robin Taylor
    Assistant U.S. Attorney

Dated: August 10, 2009     By /s/ Jerry L. Chong
    Jerry L. Chong Attorney for
r    Defendant Raymond Mao

Dated: August 10, 2009     By /s/ Alice Wong
    Alice Wong Attorney for
    Defendant Elisa Ching

## ORDER

The status conference in Case Number CR No. 2: 08-CR-00531-MCE currently set for June 25, 2009, is continued to September 17, 2009 at 9:00 am in Courtroom 7. The time beginning June 25, 2009 and extending through September 17, 2009 is excluded from the calculation of time under the Speedy Trial Act. The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 USA § 3161(h)(8)(A)

I**T IS SO ORDERED.**

**DATED:** August 11, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE