JERRY L. CHONG (SBN 68757)
ALICE W. WONG (SBN 160141)
LAW OFFICES OF JERRY L. CHONG & ALICE W. WONG
501 S STREET, SUITE TWO
SACRAMENTO, CA 95811
TELEPHONE: (916) 443-7398
FACSIMILE: (916) 443-8941

Attorney for Defendant
RAYMOND MAO

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> RAYMOND MAO, and <br> ELISA CHING <br><br> Defendants | CR. No. 2: 08-CR-00531-MCE <br><br> STIPULATION AND ORDER <br> CONTINUING STATUS CONFERENCE <br><br> Hon. Morrison C. England Jr. |

The parties request that the status conference currently set for November 19, 2009, be continued to January 14, 2010 at 9:00am in Courtroom 7 and stipulate that the time beginning November 19, 2009 and extending through January 14, 2010 be excluded from the calculation of time under the Speedy Trial Act. The parties submit that the ends of justice are served by the Court excluding such time so that the counsel for each party may have reasonable time necessary for effective preparation taking into account the exercise of due diligence. 18 USC § 3161(h)(8)(B)(iv).

In particular, counsel for both parties need more time to consider information that may be relevant to their case and sentencing and to negotiate an appropriate disposition. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial. 18 USC § 3161(h)(8)(A)

                                              Respectfully Submitted

                                              United States Attorney

Dated: November 16, 2009             By: / Jean M. Hobler
                                                  Jean M. Hobler
                                                  Assistant U.S. Attorney

Dated: November 16, 2009             By: /s/ Jerry L. Chong
                                                  Jerry L. Chong, Attorney for
                                                  Defendant Raymond Mao

Dated: November 16, 2009             By: /s/ Alice Wong
                                                  Alice Wong, Attorney for
                                                  Defendant Elisa Ching

# **ORDER**

The status conference in Case Number CR No. 2: 08-CR-00531-MCE currently set for November 19, 2009 is continued to January 14, 2010 at 9:00 am in Courtroom 7. The time beginning November 19, 2009 and extending through January 14, 2010 is excluded from the calculation of time under the Speedy Trial Act. The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 USA § 3161(h)(8)(A)

I**T IS SO ORDERED.**

DATED: November 18, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE