JERRY L. CHONG (SBN 68757)
ALICE W. WONG (SBN 160141)
LAW OFFICES OF JERRY L. CHONG & ALICE W. WONG
501 S STREET, SUITE TWO
SACRAMENTO, CA 95811
TELEPHONE: (916) 443-7398
FACSIMILE: (916) 443-8941

Attorney for Defendant
RAYMOND MAO

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff<br><br>     v.<br><br>RAYMOND MAO, and<br>ELISA CHING<br><br>                    Defendants | CR. No. 2: 08-CR-00531-MCE<br><br>STIPULATION AND<br>ORDER CONTINUING STATUS<br>CONFERENCE<br><br>Hon. Morrison C. England Jr. |

The parties request that the status conference currently set for September 9, 2010 at 9:00 a.m., be continued to October 28, 2010 at 9:00am in Courtroom 7 and stipulate that the time beginning September 9, 2010 and extending through October 28, 2010 be excluded from the calculation of time under the Speedy Trial Act. The parties submit that the ends of justice are served by the Court excluding such time so that the counsel for each party may have reasonable time necessary for effective preparation taking into account the exercise of due diligence. 18 USC§3161(h)(8)(B)(iv).

In particular, counsel for both parties need more time to consider information that may be relevant to their case and sentencing and to negotiate an appropriate disposition. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial. 18 USC§ 3161(h)(8)(A)

Respectfully Submitted

United States Attorney

Dated: September 8, 2010      By: /s/ Robin Taylorr
    Robin Taylor
    Assistant U.S. Attorney

Dated: September 8, 2010      By: /s/ Jerry L. Chong
    Jerry L. Chong, Attorney for
    Defendant Raymond Mao

Dated: September 8, 2010      By: /s/ Alice Wong
    Alice Wong, Attorney for
    Defendant Elisa Ching

# **ORDER**

The status conference in Case Number CR No. 2: 08-CR-00531-MCE currently set for September 9, 2010 is continued to October 28, 2010 at 9:00 am in Courtroom 7. The time beginning September 9, 2010 and extending through October 28, 2010 is excluded from the calculation of time under the Speedy Trial Act. The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.   18 USA§3161(h)(7)(A)

I**T IS SO ORDERED.**

Dated: September 9, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE