JERRY L. CHONG (SBN 68757)
ALICE W. WONG (SBN 160141)
LAW OFFICES OF JERRY L. CHONG & ALICE W. WONG
501 S STREET, SUITE TWO
SACRAMENTO, CA 95811
TELEPHONE: (916) 443-7398
FACSIMILE: (916) 443-8941

Attorney for Defendant
RAYMOND MAO

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff<br>v.<br><br>RAYMOND MAO, and<br>ELISA CHING<br>                Defendants | CR. No. 2: 08-CR-00531-MCE<br><br>STIPULATION AND<br>ORDER CONTINUING STATUS<br>CONFERENCE<br><br>Hon. Morrison C. England Jr. |

      The parties request that the status conference currently set for December 2, 2010, be continued to January 27, 2011 at 9:00am in Courtroom 7 and stipulate that the time beginning December 2, 2010 and extending through January 27, 2011 be excluded from the calculation of time under the Speedy Trial Act. The parties submit that the ends of justice are served by the Court excluding such time so that the counsel for each party may have reasonable time necessary for effective preparation taking into account the exercise of due diligence. 18 USC § 3161(h)(8)(B)(iv).

PDF created with pdfFactory trial version www.pdffactory.com

In particular, counsel for both parties need more time to consider information that may be relevant to their case and sentencing and to negotiate an appropriate disposition. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial. 18 USC § 3161(h)(8)(A)

                                                Respectfully Submitted

                                                United States Attorney

Dated:    November 29, 2010                     By: /s/ Jean Hobler
                                                        Jean Hobler
                                                        Assistant U.S. Attorney

Dated:    November 29, 2010                     By: /s/ Jerry L. Chong
                                                        Jerry L. Chong, Attorney for
                                                        Defendant Raymond Mao

Dated:    November 29, 2010                     By: /s/ Alice Wong
                                                        Alice Wong, Attorney for
                                                        Defendant Elisa Ching

PDF created with pdfFactory trial version www.pdffactory.com

# **ORDER**

The status conference in Case Number CR No. 2: 08-CR-00531-MCE currently set for December 2, 2010 is continued to January 27, 2011 at 9:00 am in Courtroom 7. The time beginning December 2, 2010 and extending through January 27, 2011 is excluded from the calculation of time under the Speedy Trial Act. The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 USA § 3161(h)(7)(A)

I**T IS SO ORDERED.**

**DATED:** November 30, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com