JERRY L. CHONG (SBN 68757)
ALICE W. WONG (SBN 160141)
LAW OFFICES OF JERRY L. CHONG & ALICE W. WONG
501 S STREET, SUITE TWO
SACRAMENTO, CA 95811
TELEPHONE: (916) 443-7398
FACSIMILE: (916) 443-8941

Attorney for Defendant
RAYMOND MAO

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff<br><br> v.<br><br>RAYMOND MAO, and<br>ELISA CHING<br>       Defendants | CR. No. 2: 08-CR-00531-MCE<br><br>STIPULATION AND ORDER VACATING STATUS CONFERENCE AND RE-SETTING FOR CHANGE OF PLEA<br><br>Hon. Morrison C. England Jr. |

   The parties request that the status conference currently set for March 3, 2011 at 9:00 a.m. in Courtroom 7 be vacated, and re-set for March 31, 2011 at 9:00 a.m. in Courtroom 7 for Change of Plea. The parties have reached a resolution in this matter. The parties further stipulate that the time beginning March 3, 2011 and extending through March 31, 2011 be excluded from the calculation of time under the Speedy Trial Act. The parties submit that the ends of justice are served by the Court excluding such time so that the counsel for each party may have reasonable time necessary for effective preparation taking into account the exercise of due diligence. 18 USC § 3161(h)(7)(B)(iv).

1

In particular, counsel for both parties need additional time to finalize the negotiated plea agreement and defense counsel need additional time to arrange for certified interpreter for translation of the plea agreement. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial.  18 USC § 3161(h)(7)(A)

                                                     Respectfully Submitted

                                                     United States Attorney

Dated:    February 25, 2011                          By: /s/ Jean Hobler\_\_\_\_\_
                                                             Jean Hobler
                                                             Assistant U.S. Attorney

Dated:    February 25, 2011                          By: /s/ Jerry L. Chong\_\_\_\_
                                                             Jerry L. Chong, Attorney for
                                                             Defendant Raymond Mao

Dated:    February 25, 2011                          By: /s/ Alice Wong \_\_\_\_\_
                                                             Alice Wong, Attorney for
                                                             Defendant Elisa Ching

# **ORDER**

The status conference in Case Number CR No. 2: 08-CR-00531-MCE currently set for March 3, 2011 is vacated. The case is continued to March 31, 2011 at 9:00 am in Courtroom 7 for change of plea. The time beginning March 3, 2011 and extending through March 31, 2011 is excluded from the calculation of time under the Speedy Trial Act. The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 USA § 3161(h)(7)(A)

I**T IS SO ORDERED.**

Dated: March 2, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE