UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES,                              No. 2:08-cr-00531-MCE

          Plaintiff,

     v.                          **ORDER REGARDING SENTENCING**
                                 **MEMORANDA**
RAYMOND MAO and
ELISA CHING,

          Defendants.
_____/

     If any party wishes to file a sentencing memorandum in
advance of imposition of judgment and sentencing, said
memorandum shall be filed on or before 5:00 p.m., seven (7)
calendar days in advance of the date set for judgment and
sentencing.  Any response thereto shall be filed on or
before 3:00 p.m., (3) calendar days in advance of the date
set for judgment and sentencing.

///
///
///
///

The parties are cautioned that if any sentencing memoranda
is filed late, the judgment and sentencing date may be
vacated and the matter continued.

IT IS SO ORDERED.

Dated: March 31, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE