```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JEAN M. HOBLER
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 554-2700
 5
 6
 7
 8             IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,     )  2:08-CR-00531 MCE
                                  )
12            Plaintiff,          )  PRELIMINARY ORDER OF FORFEITURE
                                  )
13       v.                       )
                                  )
14  RAYMOND MAO, and              )
    ELISA CHING,                  )
15                                )
              Defendants.         )
16  _____)
```

17      Based upon the plea agreements entered into between

18 plaintiff United States of America and defendants Raymond Mao and

19 Elisa Ching, it is hereby

20      ORDERED, ADJUDGED AND DECREED as follows:

21      1.   That pursuant to 18 U.S.C. § 2323(b), defendants

22 Raymond Mao and Elisa Ching's rights, titles, and interests in

23 the following property shall be condemned and forfeited to the

24 United States of America, to be disposed of according to law:

25           a.   Approximately 2,006 Burberry Emblems,
             b.   Approximately 8 Burberry Handbags,
26           c.   Approximately 332 Burberry Wallets,
             d.   Approximately 3,000 Chanel Emblems,
27           e.   Approximately 250 Chanel Handbags ,
             f.   Approximately 681 Chanel Wallets ,
28           g.   Approximately 2,400 Chloe Emblems,

                                 1

| | | |
|---|---|---|
| 1 | h. | Approximately 12 Coach Coin Purses, |
|   | i. | Approximately 2,800 Coach Emblems , |
| 2 | j. | Approximately 808 Coach Handbags, |
|   | k. | Approximately 163 Coach Shoes, |
| 3 | l. | Approximately 317 Coach Wallets, |
|   | m. | Approximately 13,551 Dolce & Gabbana Emblems, |
| 4 | n. | Approximately 326 Dolce & Gabbana Handbags, |
|   | o. | Approximately 138 Dolce & Gabbana Wallets, |
| 5 | p. | Approximately 1,600 Dooney & Bourke Emblems, |
|   | q. | Approximately 158 Dooney & Bourke Wallets, |
| 6 | r. | Approximately 28 Dooney & Bourke Handbags, |
|   | s. | Approximately 2,759 Gucci Emblems, |
| 7 | t. | Approximately 13 Gucci Handbags, |
|   | u. | Approximately 5,232 Prada Emblems, |
| 8 | v. | Approximately 25 Prada Handbags, |
|   | w. | Approximately 2 Chanel Handbag Straps, |
| 9 | x. | Approximately 15 Chanel Keychains, |
|   | y. | Approximately 1 Coach Belt, |
| 10 | z. | Approximately 4 Coach Handbag Straps, |
|   | aa. | Approximately 12 Coach Keychains, |
| 11 | bb. | Approximately 3 Coach Scarfs, |
|   | cc. | Approximately 2 Coach Suitcases; and |
| 12 | dd. | Approximately $8,949.00 in United States Currency. |

2. The above-listed property constitutes property used, in any manner or part, to commit or to facilitate the commission of a violation 18 U.S.C. § 2320(a). Pursuant to 18 U.S.C. § 2323(b)(2)(B), the Court shall order that any forfeited article or component of an article bearing or consisting of a counterfeit mark be destroyed or otherwise disposed of according to law.

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Department of Homeland Security, U.S. Secret Service, in its secure custody and control.

4. Pursuant to 18 U.S.C. § 2323(b)(2)(A), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture.

///

///

Notice of this Order and notice of the Department of Homeland Security, U.S. Secret Service's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site [www.forfeiture.gov](www.forfeiture.gov). The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

5. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

6. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2323(b), in which all interests will be addressed.

Dated: April 6, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3