```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JEAN M. HOBLER
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 554-2700

 5

 6

 7

 8              IN THE UNITED STATES DISTRICT COURT FOR THE

 9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )   2:08-CR-00531 MCE
                                   )
12          Plaintiff,             )   FINAL ORDER OF FORFEITURE
                                   )
13       v.                        )
                                   )
14  RAYMOND MAO, and               )
    ELISA CHING,                   )
15                                 )
            Defendants.            )
16  _____)

17       WHEREAS, on or about April 7, 2011, the Court entered a

18  Preliminary Order of Forfeiture pursuant to the provisions of 18

19  U.S.C. § 2323(b), based upon the plea agreements entered into

20  between plaintiff and defendants Raymond Mao and Elisa Ching

21  forfeiting to the United States the following property:

22           a.   Approximately 2,006 Burberry Emblems,
             b.   Approximately 8 Burberry Handbags,
23           c.   Approximately 332 Burberry Wallets,
             d.   Approximately 3,000 Chanel Emblems,
24           e.   Approximately 250 Chanel Handbags ,
             f.   Approximately 681 Chanel Wallets ,
25           g.   Approximately 2,400 Chloe Emblems,
             h.   Approximately 12 Coach Coin Purses,
26           i.   Approximately 2,800 Coach Emblems ,
             j.   Approximately 808 Coach Handbags,
27           k.   Approximately 163 Coach Shoes,
             l.   Approximately 317 Coach Wallets,
28           m.   Approximately 13,551 Dolce & Gabbana Emblems,
```

|   |   |   |
|---|---|---|
| 1 | n. | Approximately 326 Dolce & Gabbana Handbags, |
|   | o. | Approximately 138 Dolce & Gabbana Wallets, |
| 2 | p. | Approximately 1,600 Dooney & Bourke Emblems, |
|   | q. | Approximately 158 Dooney & Bourke Wallets, |
| 3 | r. | Approximately 28 Dooney & Bourke Handbags, |
|   | s. | Approximately 2,759 Gucci Emblems, |
| 4 | t. | Approximately 13 Gucci Handbags, |
|   | u. | Approximately 5,232 Prada Emblems, |
| 5 | v. | Approximately 25 Prada Handbags, |
|   | w. | Approximately 2 Chanel Handbag Straps, |
| 6 | x. | Approximately 15 Chanel Keychains, |
|   | y. | Approximately 1 Coach Belt, |
| 7 | z. | Approximately 4 Coach Handbag Straps, |
|   | aa. | Approximately 12 Coach Keychains, |
| 8 | bb. | Approximately 3 Coach Scarfs, |
|   | cc. | Approximately 2 Coach Suitcases; and |
| 9 | dd. | Approximately $8,949.00 in United States Currency. |

AND WHEREAS, beginning on April 9, 2011, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2323(b), to be disposed of according to law, including all right, title, and interest of Raymond Mao and Elisa Ching.

///

///

2.  All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

    3.  The Department of Homeland Security, U.S. Secret Service shall maintain custody of and control over the subject property until it is disposed of according to law.

    IT IS SO ORDERED.

Dated: July 20, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE